# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

136884

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WAYNE MICHAEL JEDYNAK,
      Defendant-Appellant.

SC: 136884
COA: 285228
Wayne CC: 07-004414-FH

_____/

      On order of the Court, the application for leave to appeal the June 5, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk

p1117